IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) NO. |
| ABATECO, INC., | )<br>)<br>) |
| Defendant. | ) |

**COMPLAINT**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, ILLINOIS LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST, ILLINOIS LABORERS AND CONTRACTORS TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, LABORERS' LOCAL UNION NO. 397, by their attorneys, Cavanagh & O'Hara, complaining of the Defendant, ABATECO, INC., and allege as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended U.S.C. Title 29, Section 1145.

2. The Plaintiffs, CENTRAL LABORERS' PENSION FUND, CENTRAL

LABORERS WELFARE FUND, CENTRAL LABORERS ANNUITY FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, ILLINOIS LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST, ILLINOIS LABORERS AND CONTRACTORS TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, LABORERS LOCAL UNION NO. 397, are administered pursuant to the terms and provisions of Declarations of Trust creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and the Employee Retirement Security Act of 1974 (as amended), 29 U.S.C. 1001 *et seq.* The address and place of business of the Plaintiff Funds is Central Laborers Pension, Welfare and Annuity Funds, Post Office Box 1267, Jacksonville, Illinois 62651-1267.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Sections 1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by the Central Illinois Laborers District Council, and said individuals are participants in Plaintiffs benefit funds, pursuant to Agreements by and between the Central Laborers Funds and Defendant. Said Agreements are attached hereto and made a part hereof as **Exhibit A**.

4. The Defendant's business address is 2743 South Veterans Parkway, PMB, Springfield, IL 62704.

5. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title 29, Section 1145), the Defendant is required to make contributions to the Funds in accordance with the terms and conditions of the Funds Agreements and Declarations of Trust, and to pay liquidated damages in the event said contributions are not timely made, as shown by Plaintiffs **Exhibits B, C, D, and E**, attached hereto and made a part hereof.

6. Pursuant to the Agreements and Declarations of Trusts, the Funds are authorized and empowered to examine the payroll books and records of the Defendant to determine whether an employer is making full payment as required under the Agreements.

7. Pursuant to such Agreements and Declarations of Trusts, Plaintiffs engaged Romolo & Associates, to examine the payroll records of the Defendant.

9. That pursuant to such Agreements and Declarations of Trusts, said Romolo & Associates have determined that Defendant owes the Plaintiffs for delinquent contributions, liquidated damages and audit costs for the period from October1, 2002 through July 31, 2004 in the amount of $34,264.87, plus liquidated damages in the amount of $3,426.49, and audit costs in the amount of $775.00, for a total amount due of $38,466.36. A payment in the amount of $10,000 was received by our office on May 10, 2005, making the total amount due $28,466.36. A breakdown of the amounts due, as well as a copy of the audit report, is attached hereto and incorporated herein as **Exhibit F.**

10. That Plaintiffs have made demands upon Defendant for the amounts due, but Defendant has failed to satisfy said demands. The demand letters are attached hereto and incorporated herein as **Exhibit G**.

11. That pursuant to ERISA, 29 U.S.C. §1132(g)(2), and the Agreements and Declarations of Trust, the Defendant is liable for reasonable attorneys fees and all reasonable costs incurred in the collection process, including, but not limited to, court fees and audit fees. Attached hereto and incorporated herein as **Exhibit H** is the Affidavit of Britt W. Sowle in support of his request for attorney fees in the amount of $2,167.75 incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A. For a Judgment in favor of Plaintiffs and against Defendant for the remaining audit

liabilities due and owing for the period from October 1, 2002 through July 31, 2004, liquidated damages, and audit costs due in the total amount of $28,466.36, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

  B. That Defendant be ordered to perform and continue to perform all its obligations to Plaintiffs, particularly to furnish to Plaintiffs the required contribution payments heretofore referred to, or in lieu thereof, a statement covering the period for which said report is required that Defendants had no employees for whom contributions are required to be made;

  C. That Defendant be ordered to pay to Plaintiffs its reasonable attorney fees in the amount of $2,167.75 as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the respective Declarations of Trust of the Plaintiffs;

  D. That Defendant be decreed to pay all costs attendant to these proceedings;

  E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

> CENTRAL LABORERS' PENSION FUND, *et al.*,
> Plaintiffs,
>
> By:   s/ Britt W. Sowle
>    BRITT W. SOWLE
>    **CAVANAGH & O'HARA**
>    **Attorneys for Plaintiffs**
>    1609 North Illinois Street
>    Swansea, Illinois 62226
>    Telephone: 618/222-5945
>    Facsimile: 618/222-6755
>    britt@cavanagh-ohara.com

S:\c&o\Files\CLPF\Delinq\Abateco, Inc\C-Abateco.Complaint.2.wpd