IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, CENTRAL )
LABORERS' WELFARE FUND, CENTRAL )
LABORERS' ANNUITY FUND, ILLINOIS LABORERS' )
AND CONTRACTORS' TRAINING TRUST FUND, )
SOUTHERN ILLINOIS CONSTRUCTION )
ADVANCEMENT PROGRAM, MIDWEST REGION )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS BUILDERS INDUSTRY ADVANCEMENT )
FUND, LABORERS'–EMPLOYERS' COOPERATION )
AND EDUCATION TRUST ("LECET"), LABORERS' )
POLITICAL LEAGUE, LABORERS' OF ILLINOIS )
VACATION FUND, and LABORERS' LOCAL 397, )
                                         )
            Plaintiffs,                  )
vs.                                      ) NO.
                                         )
ABATECO, INC.,                           )
                                         )
            Defendant.                   )

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

a) Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'–Employers' Cooperation and Education Trust ("LECET"), Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397.

b) Not applicable.

c) CAVANAGH & O'HARA
William K. Cavanagh

        Michael W. O'Hara
        Patrick J. O'Hara
        James P. Moody
        John T. Long
        Britt W. Sowle

DATED this __9th__ day of December, 2005.

        s/ Britt W. Sowle
        BRITT W. SOWLE
        **CAVANAGH & O'HARA**
        **Attorneys for Plaintiffs**
        1609 North Illinois Street
        Swansea, Illinois 62226
        Telephone:    618/222-5945
        Facsimile:    618/222-6755
        britt@cavanagh-ohara.com

S:\c&o\Files\CLPF\Delinq\Abateco, Inc\Certificate of Interest.wpd