AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL LABORERS' PENSION FUND
ET. AL.
V.

ABATECO, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Margaret Louise Van Dijk, Registered Agent
12 Woodland Trail
Rochester, IL 62563

**PERSONAL SERVICE ONLY**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Britt W. Sowle
CAVANAGH & O'HARA
1609 North Illinois Street
Swansea, Illinois 62226
(618) 222-5945

an answer to the complaint which is herewith served upon you,     ____twenty (20)____     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE

(By) DEPUTY CLERK



# SANGAMON COUNTY SHERIFFS OFFICE
"Keeping the Peace Since 1821"

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, **Donald Schuh #4267** certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☒ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☐ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Posting**, __ on Door, __ County building, __ City Hall, __ Lincoln Library, __ Mailing copy.

☐ **Other**: _____

Case Number __05-3311__

Name of defendant __Margaret Louise Van Dijk__

Name of other person Summons left with __Steve Moore__ husband

Sex (M)/ F )  Race __W__  Approx. age __30's__

Date of Service __1-12-06__  Time _____

Date of Mailing __1-13-06__

Address at which paper was served: (✓) on summons

_____

Service fees __30⁰⁰__

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY