IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, <br><br> Plaintiffs, <br> v. <br><br> Abateco, Inc., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No.: 05-cv-03311 |

MOTION FOR ADDITIONAL TIME TO RESPOND

NOW COMES the Defendant, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C. and for its Motion for Additional Time to Respond states as follows:

1.    That a Response is due to be filed by the Defendant, Abateco, Inc. on or before February 1, 2006.

2.    That on January 31, 2006 Loewenstein, Hagen & Smith, P.C. filed an Appearance on behalf of the Defendant, Abateco, Inc.

3. That on January 31, 2006 counsel for the Defendant, Abateco, Inc. met for the first time with his client, and that he has had insufficient time to sufficiently investigate and prepare a response in the above-entitled matter.

4. That on January 31, 2006 counsel for the Defendant, Abateco, Inc. spoke with Britt W. Sowle, counsel for the Plaintiffs, and requested an additional 10 days in which to file a responsive pleading in the above-entitled matter, and that counsel for the Plaintiffs stated that he had no objection to such an extension.

WHEREFORE, the Defendant, Abateco, Inc. prays that it be given until February 13, 2006 to file a responsive pleading in the above-entitled matter.

                LOEWENSTEIN, HAGEN & SMITH, P.C.

                s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

I certify that on the  1st.  day of  February , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara

                s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199