IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) No.: 05-cv-03311 |
| Abateco, Inc., | ) ) ) |
| Defendants. | ) |

## APPEARANCE

The undersigned is the attorney for Abateco, Inc., and hereby enters his appearance on its behalf.

                LOEWENSTEIN, HAGEN & SMITH, P.C.

                s/Ralph H. Loewenstein


Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

CERTIFICATE OF SERVICE

     I certify that on the  1st.  day of  February , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara

                                    s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199