IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )   No.: 05-cv-03311 |
| Abateco, Inc., | )<br>) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I certify that on the  10th  day of  February , 2006, a copy of Defendant's Disclosure Statement was sent via first class mail with proper postage applied, at Springfield, Illinois to:

 Britt W. Sowle
Cavanagh & O'Hara
1609 N. Illinois Street
Swansea, IL   62226

s/Ralph H. Loewenstein

Ralph H. Loewenstein
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com