IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No.: 05-cv-03311 |
| Abateco, Inc., | ) ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT

NOW COMES the Defendant, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C. and for its disclosure statement, pursuant to Federal Rules of Civil Procedure 7.1 states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

                               LOEWENSTEIN, HAGEN & SMITH, P.C.

                               s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street

Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

     I certify that on the  10th   day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara

                        s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199