IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, CENTRAL  )
LABORERS' WELFARE FUND, CENTRAL  )
LABORERS' ANNUITY FUND, ILLINOIS LABORERS' )
AND CONTRACTORS' TRAINING TRUST FUND,  )
SOUTHERN ILLINOIS CONSTRUCTION  )
ADVANCEMENT PROGRAM, MIDWEST REGION  )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS BUILDERS INDUSTRY ADVANCEMENT  )
FUND, LABORERS'–EMPLOYERS' COOPERATION  )
AND EDUCATION TRUST ("LECET"), LABORERS'  )
POLITICAL LEAGUE, LABORERS' OF ILLINOIS  )
VACATION FUND, and LABORERS' LOCAL 397,  )
                                          )
            Plaintiffs,                   )
vs.                                       ) NO.  05-3311
                                          )
ABATECO, INC.,                            )
                                          )
            Defendant.                    )

**PROPOSED DISCOVERY PLAN**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, et. al., by and through its counsel, Cavanagh & O'Hara, and Defendant, ABATECO, INC., by and through its counsel, Loewenstein, Hagen & Smith, P.C., and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit the following proposed discovery plan.

1. All motions to amend pleadings and/or add parties are to be filed by April 28, 2006, unless good cause is shown;

2. All written discovery requests are to be served by May 26, 2006;

3. Depositions of the parties and fact witnesses shall be completed by August 30, 2006;

4. All fact discovery shall be completed by August 30, 2006;

5. Plaintiffs' opinion witnesses, if any, shall be disclosed by June 1, 2006. Reports of

      opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before July 15, 2006;

6. Defendant's opinion witnesses, if any, shall be disclosed by July 15, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before August 30, 2006;

7. Dispositive motions are to be filed by November 3, 2006;

8. This case is set for pretrial in January 2007;

9. This case is set for trial in February 2007.

Respectfully submitted,

| | |
|---|---|
| CENTRAL LABORERS' PENSION<br>FUND, et. al., Plaintiffs<br>BRITT W. SOWLE<br>Attorney for Plaintiffs | ABATECO, INC.<br><br>RALPH H. LOEWENSTEIN<br>Attorney for Defendant |
| By: s/ Britt W. Sowle<br>Britt W. Sowle<br>**CAVANAGH & O'HARA**<br>1609 North Illinois Street<br>Swansea, Illinois 62226<br>Telephone: 618/222-5945<br>Facsimile: 618/222-6755<br>britt@cavanagh-ohara.com | By: s/Ralph H. Loewenstein<br>Ralph H. Loewenstein<br>**LOEWENSTEIN, HAGEN & SMITH, P.C.**<br>1024 S. Fourth Street<br>Springfield, Illinois 62703<br>Telephone: 217/525-1199<br>Facsimile: 217/522-6047<br>rhl@lhoslaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) NO. 05-3311 |
| ABATECO, INC., | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2006, I electronically filed an Amended Proposed Discovery Plan with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Ralph H. Loewenstein        rhl@lhoslaw.com

                              Respectfully submitted,
                              s/britt w. sowle
                              Britt W. Sowle
                              Cavanagh & O'Hara
                              1609 North Illinois Street
                              Swansea, Illinois 62226
                              Phone: (618)222-5945
                              Fax: (618)222-6755
                              E-mail: britt@cavanagh-ohara.com