IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case #.  05-3311 |
| ) | |
| ABATECO, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RULE 26(a) DISCLOSURE**

The Plaintiff, CENTRAL LABORERS' PENSION FUND, *et al.*, by its attorneys, Cavanagh & O'Hara, and the Defendant, Abateco, Inc., file this Joint Stipulation regarding the extension of the fact discovery deadline.  The Scheduling Order, entered on March 8, 2006, sets the fact discovery completion date at August 30, 2006.  Counsel for both Plaintiff and Defendant have been aggressively pursuing settlement discussions concerning the amounts alleged due and owing in Plaintiff's Complaint.  Counsel for Plaintiff is currently working with the Laborer's Fund office and believes a non-judicial resolution of this lawsuit may be negotiated within the next 4-8 weeks.  By agreement of the parties, and pursuant to this stipulation, the parties have agreed to extend the fact discovery completion date to September 30, 2006.  This stipulation does not affect any of the other dates in the Scheduling Order.

The Joint Stipulation is filed by Counsel for the Plaintiff with the consent of Counsel for the Defendant, Ralph Loewenstein, of Loewenstein, Hagen, and Smith, P.C.

By: s/ Britt W. Sowle
BRITT W. SOWLE
One of Its Attorneys
**CAVANAGH & O'HARA**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:  (618)222-5945
britt@cavanagh-ohara.com