IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, <br><br> Plaintiffs, <br><br> v. <br><br> Abateco, Inc., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No.: 05-cv-03311 |

CERTIFICATE OF SERVICE

I certify that on the __30th__ day of ___June___, 2006 a copy of the Defendant's Interrogatories and Request for Production of Documents was served by placing same in an envelope with proper postage applied and deposited in the U.S. Mail at Springfield, Illinois to:

Mr. Britt W. Sowle
Cavanagh & O'Hara
1609 N. Illinois Street
Belleville, IL   62226

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199