IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397,<br><br>          Plaintiffs,<br>v.<br><br>Abateco, Inc.,<br><br>          Defendant.<br>_____<br>Abateco, Inc.,<br><br>          Defendant-Counter Plaintiff,<br><br>v.<br><br>Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397,<br><br>          Plaintiffs Counter-Defendants. | No.: 05-cv-03311 |

## COUNTERCLAIM

NOW COMES the Defendant, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C. and for its Counterclaim pursuant to Federal Rules of Civil Procedure 13, states as follows:

1. That the Defendant Counter-Plaintiff, Abateco, Inc. is an employer within the meaning of ERISA, 29 U.S.C. §101 et seq.

2. That the Plaintiffs-Counter Defendants, Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, are various and sundry pension funds and benefit funds to whom the Defendant Counter-Plaintiff makes contributions on behalf of its employees.

3. That the employees on behalf of whom the Defendant Counter-Plaintiff is required to make contributions to the Plaintiff Counter-Defendants is established pursuant to a master collective bargaining agreement between the Quad City Builders Association, Inc. and the Laborers' International Union of North America Laborers' Local Union #309 AFL-CIO, and pursuant to Article I of said collective bargaining agreement, those employees covered by the collective bargaining agreement, on behalf of whom the Defendant Counter-Plaintiff is required to make contributions, excludes "supervisors".

4.     That on or about October 1, 2002 and continuing to the present time, the Defendant Counter-Plaintiff has employed David Hunter in a position as a supervisor.

5.     That between the dates of October 1, 2002 and the present, the Defendant Counter-Plaintiff has made certain contributions on behalf of David Hunter to the Plaintiff Counter-Defendants and that since supervisors are specifically excluded from a requirement that the Defendant Counter-Plaintiff make contributions, it is entitled to a refund of all contributions made on his behalf.

6.     That the Defendant Counter-Plaintiff has reported all or substantially all of the hours worked by its employees who are covered by the collective bargaining agreement and has made all of the payments required to the Plaintiffs Counter-Defendants on their behalf, and that, in fact, the Defendant Counter-Plaintiff has overpaid said contributions by an amount of approximately $10,000.00.

7.     That the audit that the Plaintiffs Counter-Defendants had available to it all records necessary to establish that the Defendant Counter-Plaintiff had made all of the contributions on behalf of its employees and that it had overpaid said contributions, and that the Plaintiffs Counter-Defendants knew or should have known when it filed its Complaint that the allegations with regard to said contributions were not accurate.

WHEREFORE, the Defendant Counter-Plaintiff, Abateco, Inc. prays that an Order be entered as follows:

A.     That the Plaintiffs Counter-Defendants, Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's

and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397 be required to refund to the Defendant Counter-Plaintiff, Abateco, Inc. all of the contributions made by the Defendant to the Plaintiffs Counter-Defendants on behalf of David Hunter from October 1, 2002 to the present.

    B.    That the Plaintiffs Counter-Defendants Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397 be required to refund to the Defendant Counter-Plaintiff, Abateco, Inc. all of the overpayments made by the Defendant Counter-Plaintiff to the Plaintiffs Counter-Defendants on behalf of those employees covered by the collective bargaining agreement on whose behalf the Defendant Counter-Plaintiff was required to make contributions.

    C.    That the Defendant Counter-Plaintiff, Abateco, Inc. be awarded its attorney fees and costs in this action.

    D.    That the Court enter such further Orders as it might deem just and equitable.

E.  That the Defendant Counter-Plaintiff, Abateco, Inc. demands a trial by jury on its Counterclaim.

>LOEWENSTEIN, HAGEN & SMITH, P.C.
>
>s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

I certify that on the  5th  day of   July  , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara

>s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199