E-FILED
Wednesday, 12 July, 2006  08:27:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.* | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ABATECO, INC., | ) |
| Defendant. | ) Case #. 05-3311 |
| ABATECO, INC., | ) |
| Defendant Counter-Plaintiff, | ) |
| vs. | ) |
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) |
| Plaintiff Counter-Defendant. | ) |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

NOW COMES, PLAINTIFF-COUNTER DEFENDANT, CENTRAL LABORERS' PENSION FUND, *et al.*, by its attorneys, Cavanagh & O'Hara, and for its Answer to Defendant-Counter Plaintiff's Counterclaim states as follows:

1. Plaintiff-Counter Defendant admits the allegations contained in paragraph 1 of the Counterclaim.

2. Plaintiff-Counter Defendant admits the allegations contained in paragraph 2 of the Counterclaim.

1

3. Plaintiff-Counter Defendant admits that the master collective bargaining agreement between the Quad City Builders Association, Inc. and the Laborers' International Union of North America Laborers' Local Union #309 AFL-CIO establishes the contribution obligations enforceable upon Defendant-Counter Plaintiff. Plaintiff-Counter Defendant denies all remaining allegations contained in Paragraph 3 of the Counterclaim.

4. Plaintiff-Counter Defendant possesses insufficient knowledge to admit or deny the allegations contained in Paragraph 4 of the counterclaim. To the extent an answer is required, Plaintiff-Counter Defendant denies each and every allegation contained in Paragraph 4.

5. Plaintiff-Counter Defendant possesses insufficient knowledge to admit or deny the allegations contained in Paragraph 5 of the counterclaim. To the extent an answer is required, Plaintiff-Counter Defendant denies each and every allegation contained in Paragraph 5.

6. Plaintiff-Counter Defendant denies each and every allegation contained in Paragraph 6 of the Counterclaim.

7. Plaintiff-Counter Defendant denies each and every allegation contained in Paragraph 7 of the Counterclaim.

8. Plaintiff-Counter Defendant denies each and every request contained in Defendant-Counter Plaintiff's prayer for relief.

WHEREFORE, the Plaintiff Counter-Defendant, CENTRAL LABORERS' PENSION FUND, et. al., pray that the Counterclaim be dismissed with prejudice, and that costs be assessed and assigned to Defendant Counter-Plaintiff.

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs-Counter Defendants.

By:s/Britt W. Sowle

                                                BRITT W. SOWLE  
                                                One of Its Attorneys  
                                                **CAVANAGH & O'HARA**  
                                                1609 North Illinois Street  
                                                Swansea, Illinois 62226  
                                                Telephone:  (618)222-5945  
                                                bsowle@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) NO. 05-3311 ) |
| ABATECO, INC., | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed an Answer to Defendant's Counterclaimn with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Ralph H. Loewenstein    rhl@lhoslaw.com

                          Respectfully submitted,
                          s/britt w. sowle
                          Britt W. Sowle
                          Cavanagh & O'Hara
                          1609 North Illinois Street
                          Swansea, Illinois 62226
                          Phone: (618)222-5945
                          Fax: (618)222-6755
                          E-mail: britt@cavanagh-ohara.com