**E-FILED**
Friday, 25 August, 2006  10:14:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

Central Laborers' Pension Fund, Central )
Laborers' Welfare Fund, Central Laborers' )
Annuity Fund, Illinois Laborer's and Con- )
tractors' Training Trust Fund, Southern )
Illinois Construction Advancement Program, )
Midwest Region Foundation for Fair Con- )
tracting, Central Illinois Builders Industry )
Advancement Fund, Laborers'-Employers' )
Cooperation and Education Trust ("LECET") )
Laborers' Political League, Laborers' of )
Illinois Vacation Fund, and Laborers' Local )
397, )
                                     )

                 Plaintiffs, )

v. )                                 No.: 05-cv-03311

                                     )
Abateco, Inc., )

                 Defendant. )

_____)

Abateco, Inc., )

                 Defendant-Counter Plaintiff, )

v. )

Central Laborers' Pension Fund, Central )
Laborers' Welfare Fund, Central Laborers' )
Annuity Fund, Illinois Laborer's and Con- )
tractors' Training Trust Fund, Southern )
Illinois Construction Advancement Program, )
Midwest Region Foundation for Fair Con- )
tracting, Central Illinois Builders Industry )
Advancement Fund, Laborers'-Employers' )
Cooperation and Education Trust ("LECET") )
Laborers' Political League, Laborers' of )
Illinois Vacation Fund, and Laborers' Local )
397, )
                 Plaintiffs Counter-Defendants. )

## NOTICE OF DEPOSITION

TO:   Mr. Britt W. Sowle
      Cavanagh & O'Hara
      1609 N. Illinois Street
      Swansea, IL   62226

    YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Tuesday, September 12, 2006 at 3:00 p.m. the discovery deposition of Larry Williams will be taken at the office of Ralph H. Loewenstein, 1204 S. Fourth Street, Springfield, IL before a certified court reporter, or any other officer authorized to take depositions in like cases.

                              s/Ralph H. Loewenstein


## CERTIFICATE OF SERVICE

    I certify that on the 25th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara.

                              s/Ralph H. Loewenstein


Ralph H. Loewenstein #1682970
Loewenstein, Hagen & Smith, P.C.
1204 South Fourth Street
Springfield, IL   62703
217/525-1199