IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 05-cv-03311 |
| Abateco, Inc., | ) ) ) | |
| Defendant. | ) ) | |
| Abateco, Inc., | ) ) | |
| Defendant-Counter Plaintiff, | ) ) | |
| v. | ) ) | |
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs Counter-Defendants. | ) | |

## AMENDMENT TO MOTION TO COMPEL

NOW COMES the Defendant, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C., and pursuant to Federal Rules of Civil Procedure 37, files this Amendment to Motion to Compel, and in support thereof, states as follows:

1. That on or about August 28, 2006, the Defendant filed its Motion to Compel in the above-entitled matter.

2. Prior to the filing of the Motion to Compel on August 24, 2006, the Plaintiff had provided some additional documents in Response to Request for Production of Documents.

3. That the additional documents provided satisfied Request for Production of Documents No. 6 (with the exception of reports for the month of January, February and September of 2004), Request for Production of Documents No. 7 and Request for Production of Documents No. 12.

4. That the additional documents provided do not satisfy Request for Production of Documents No. 4, 5, 8, 9 and 11.

5. That an Affidavit of Completeness was not provided, so it is impossible to know whether all documents in response to Request for Production of Documents No. 3 were provided.

6. That the Defendant still has not received answers to Interrogatories 2, 3, 4, 5(c), 5(d) and 7(a), 7(b) and 7(c).

WHEREFORE, the Defendant prays that this Amended Motion to Compel be considered in conjunction with its original Motion to Compel, and that the relief requested in the original Motion to Compel be granted.

s/Ralph H. Loewenstein

### CERTIFICATE OF SERVICE

I certify that on the __30th__ day of __August__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara.

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
Loewenstein, Hagen & Smith, P.C.
1204 South Fourth Street
Springfield, IL  62703
217/525-1199