## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.* | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ABATECO, INC., | ) |
| Defendant. | ) Case #. 05-3311 |
| ABATECO, INC., | ) |
| Defendant Counter-Plaintiff, | ) |
| vs. | ) |
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) |
| Plaintiff Counter-Defendant. | ) |

### THIRD JOINT MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its counsel, Cavanagh & O'Hara, and Defendant, ABATECO, INC., by and through its counsel, Loewenstein, Hagen & Smith, P.C., and pursuant to Federal Rule of Civil Procedure 6(b) and CDIL-LR 6.1, hereby jointly request an extension of time for Plaintiffs response to Defendant's Motion to Compel for the following reasons:

1. That this lawsuit is an action for recovery of delinquent contributions under the Employee Retirement Income Security Act of 1974, amended U.S.C. Title 29, Section 1145.

2. On August 28, 2006, Defendant ABATECO, INC. filed a Motion to Compel in regards to alleged deficiencies in Plaintiffs' CENTRAL LABORERS' PENSION FUND, *et al.*, Answers to Defendant's Interrogatories and Requests for Production.

3. That Defendant filed an Amended Motion to Compel on August 30, 2006, which was granted via an Order of the Court entered the same day.

4. That the Court has directed Plaintiff to enter a written response to the Amended Motion to Compel on or before September 29, 2006.

5. That the parties have reached a tentative settlement of this matter, subject to verification of monetary amounts payable or refundable to Defendant.

6. As a result of the foregoing, Plaintiffs and Defendant have jointly agreed that an extension of Plaintiffs required response time to Defendant's Motion to Compel would serve the best interests of the parties and promote settlement of the case.

7. That Plaintiffs and Defendant respectfully request that the due date of Plaintiff's response to Defendant's Motion to Compel be extended to November 17, 2006.

WHEREFORE, Counsel for Plaintiffs and Defendant jointly and respectfully request the Court to grant its Motion For Extension of Time to Respond thereby allowing Plaintiffs until November 17, 2006 to formally respond to Defendant's Motion to Compel.

CENTRAL LABORERS' PENSION
FUND, et. al., Plaintiffs,

Respectfully submitted,
s/britt w. sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com

ABATECO, INC., Defendant
S/ Ralph Loewenstein
Loewenstein, Hagen, & Smith, P.C.
1204 South Fourth Street
Springfield, Illinois 62703
(217) 525-1199
rhl@lhoslaw.com