IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, <br><br> Plaintiffs, <br> v. <br><br> Abateco, Inc., <br><br> Defendant. <br><br> Abateco, Inc., <br><br> Defendant/Counter Plaintiff, <br><br> v. <br><br> Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397, <br><br> Plaintiffs/Counter-Defendants. | No.: 05-cv-03311 |

## MOTION FOR NEW SCHEDULING ORDER
## AND TRIAL DATE

NOW COMES the Defendant/Counter-Plaintiff, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C. and for its Motion for New Scheduling Order and Trial Date states as follows:

1. That the parties have been engaged in continual settlement discussions since the Summer of 2006.

2. That in the Fall of 2006, the parties reached a tentative settlement, subject to written settlement documents.

3. That as a result of the representations by the Plaintiff/Counter-Defendant's attorney, the Defendant/Counter-Plaintiff withdrew its Motion to Compel the Plaintiff/Counter-Defendant to answer its discovery requests.

4. That since the parties reached tentative settlement, the Defendant/Counter-Plaintiff has been subjected to continual delays by the Plaintiff/Counter-Defendant's attorney in providing necessary documentation, the Plaintiff/Counter-Defendant requesting new and different documentation by the Defendant/Counter-Plaintiff, the Plaintiff/Counter-Defendant changing the terms of the proposed settlement documents and continual delays in providing draft language for the Settlement Agreement.

5. That it is now unclear whether the parties will be able to successfully reach a Settlement Agreement in the above-entitled matter.

6.  That this matter is scheduled for trial on March 6, 2007, and that the Defendant/Counter-Plaintiff has not completed necessary discovery to proceed at that time.

WHEREFORE, the Plaintiff/Counter-Defendant, Abateco, Inc. prays that a new Scheduling Order be entered and that the Defendant/Counter-Plaintiff be granted leave to re-file its Motion to Compel in the above-entitled matter, and that in addition, the trial date be rescheduled.

LOEWENSTEIN, HAGEN & SMITH, P.C.

s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

## CERTIFICATE OF SERVICE

I certify that on the ___30th___ day of ___January___, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:
Britt W. Sowle, Cavanagh & O'Hara

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL  62703
(217) 525-1199