**E-FILED**
Wednesday, 07 February, 2007 02:34:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397,<br><br>           Plaintiffs,<br>v.<br><br>Abateco, Inc.,<br><br>           Defendant.<br><br>Abateco, Inc.,<br><br>           Defendant/Counter Plaintiff,<br>v.<br><br>Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborer's and Contractors' Training Trust Fund, Southern Illinois Construction Advancement Program, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'-Employers' Cooperation and Education Trust ("LECET") Laborers' Political League, Laborers' of Illinois Vacation Fund, and Laborers' Local 397,<br><br>           Plaintiffs/Counter-Defendants. | No.: 05-cv-03311 |

## MOTION FOR STATUS CONFERENCE

NOW COMES the Defendant/Counter-Plaintiff, Abateco, Inc., by its attorneys, Loewenstein, Hagen & Smith, P.C. and for its Motion for Status conference states as follows:

1. That on January 30, 2007, the Defendant/Counter-Plaintiff, Abateco, Inc. filed a Motion for New Scheduling Order and Trial Date based upon the fact that the parties have been unable to reach a settlement agreement, which both parties thought was imminent.

2. That while settlement discussions are ongoing, no settlement has, as yet, been reached, and it is unclear whether settlement will be possible.

3. That the parties have not received a response to the previous Motion filed by the Defendant/Counter-Plaintiff, Abateco, Inc.

4. That it is in the best interest of both parties as well as the Court to have a status conference by telephone at the earliest possible date to determine the course of this litigation.

WHEREFORE, the Defendant/Counter-Plaintiff prays that a status conference by telephone be scheduled in the immediate future.

LOEWENSTEIN, HAGEN & SMITH, P.C.

s/Ralph H. Loewenstein

Ralph H. Loewenstein
Loewenstein, Hagen & Smith, P.C.
1204 S. Fourth Street
Springfield, IL 62703
(217) 525-1199
Fax: (217) 522-6047
E-Mail: rhl@lhoslaw.com

CERTIFICATE OF SERVICE

I certify that on the ___7th___ day of __February__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Britt W. Sowle, Cavanagh & O'Hara

s/Ralph H. Loewenstein

Ralph H. Loewenstein #1682970
LOEWENSTEIN, HAGEN & SMITH, P.C.
1204 S. Fourth Street
Springfield, IL   62703
(217) 525-1199