IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., ) ) ) Plaintiffs, ) ) -vs- ) ) ABATECO, INC., ) ) Defendant. ) | No.  05-CV-3311 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

This case has been reported settled by the parties.  The parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.   All timetables and scheduled hearings, including telephonic status conference set March 29, 2007 at 3:30 p.m., in this case are cancelled and pending motions are moot until further order.

ENTERED:      March 28, 2007

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE