IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | )))))))))))))) |
| Plaintiffs, | ) |
| vs. | ) NO.  05-3311 |
| ABATECO, INC., | ))) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION FUND, et. al., by and through its counsel, Cavanagh & O'Hara, and the Defendant, ABATECO, INC., by and through its counsel, Ralph H. Loewenstein, pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned matter should be dismissed with prejudice.  The parties have settled all claims of the Plaintiff pursuant to audit liability due and owing.

Respectfully Submitted,

By: ____s/ Britt W. Sowle_____    By:_____s/ Ralph H. Loewenstein_____
   Britt W. Sowle, Attorney for Plaintiffs     Ralph H. Loewenstein, Attorney for Defendant

Cavanagh & O'Hara, Attorneys At Law    Loewenstein, Hagen & Smith, P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) NO. 05-3311 |
| ABATECO, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, orders that this case be, and it hereby is, dismissed with prejudice each party to bear its own costs and attorney's fees pursuant to the Stipulation of the parties.

_____
United States District Court Judge

Enter: April _____, 2007