IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, SOUTHERN ILLINOIS CONSTRUCTION ADVANCEMENT PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, and LABORERS' LOCAL 397, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) NO. 05-3311 |
| ABATECO, INC., | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, orders that this case be, and it hereby is, dismissed with prejudice each party to bear its own costs and attorney's fees pursuant to the Stipulation of the parties.

s/ Byron G. Cudmore
~~United States District Court Judge~~
United States Magistrate Judge

Enter: April 16, 2007